No. 124. FUHRMAN, ADMINISTRATRIX, ET AL. *v.* UNITED STATES STEEL CORP.;

No. 172. LAMP, ADMINISTRATRIX, ET AL. *v.* UNITED STATES STEEL CORP.;

No. 201. COOK, ADMINISTRATRIX *v.* UNITED STATES STEEL CORP.; and

No. 210. RADTKE, ADMINISTRATRIX, ET AL. *v.* UNITED STATES STEEL CORP. C. A. 6th Cir. Certiorari denied. Reported below: 407 F. 2d 1143.

No. 389. UNITED STATES *v.* URBAN PLUMBING & HEATING Co. Ct. Cl. Certiorari denied. 

No. 401. UNITED STATES *v.* WOODCREST CONSTRUCTION Co., INC., ET AL. Ct. Cl. Certiorari denied. 

No. 498. UNITED STATES *v.* WALLENIUS BREMEN, G. M. B. H. C. A. 4th Cir. Certiorari denied. 

No. 1467. WALL STREET TRANSCRIPT CORP. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied. 

No. 1468. VAVOLIZZA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 1472. NATIONWIDE THEATRES INVESTMENT Co. ET AL. *v.* THOMPSON ET AL. C. A. 2d Cir. Certiorari denied.

No. 1485. DEMAIO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 1487. ARMSTRONG, JONES & Co. ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 6th Cir. Certiorari denied.